IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-244-WDM-BNB

KEVIN HARVEY,

    Plaintiff,

v.

DEPARTMENT OF HUMAN SERVICES, et al.,

    Defendants.

## ORDER

Miller, J.

    The matter before me relates to an Order I issued on September 9, 2005, granting in part Defendants' motion to dismiss. That Order also required Plaintiff to file an amended complaint, providing allegations regarding the personal participation of defendants Brown and Lukens on or before September 29, 2005. The Order stated that failure to do so would result in the dismissal of Plaintiff's remaining claim. As Plaintiff has failed to amend his complaint, I find that dismissal of his remaining claim is appropriate.

    Accordingly, it is ordered that Plaintiff's Third Claim, alleging First Amendment retaliation by defendants Brown and Lukens is dismissed without prejudice.

    DATED at Denver, Colorado, on October 6, 2005.

                                            BY THE COURT:

                                            /s/ Walker D. Miller
                                            United States District Judge

PDF FINAL